Monday,
December 9.

QUICK and Another *v.* LAUREL TOWNSHIP and Another.

APPEAL from the *Franklin* Circuit Court.

*Per Curiam.*—The judgment in this case is reversed, for the reasons given in *Quick et al.* v. *Whitewater Township,* 7 Ind. 570, the questions arising in the record of each case being similar.

Judgment reversed, with costs.

HANNA, J., dissented.

*J. Morrison,* for the appellants.

*Geo. Holland* and *J. D. Howland,* for the appellee.